## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JOAO BOCK TRANSACTION SYSTEMS, LLC,<br><br>      Plaintiff,<br><br>v.<br><br>SUNTRUST BANKS, INC., and SUNTRUST BANK,<br><br>      Defendants. | Civil Action No. 1:14-cv-00531-SLR<br><br>**NOTICE OF VOLUNTARY DISMISSAL**<br><br>Judge Sue L. Robinson |

Pursuant to Federal Rule Of Civil Procedure 41(a)(1), Plaintiff Joao Bock Transaction Systems, LLC hereby notifies the court that all of its claims in this matter are dismissed without prejudice.  Defendants SunTrust Banks, Inc. and SunTrust Bank have not been served with the Complaint, have not filed an Answer to the Complaint, and have not filed a Motion for Summary Judgment in this matter.

\

\

Respectfully submitted this 6th day of June 2014.

*Attorneys for Plaintiff*
*Joao Bock Transaction Systems, LLC*

*/s/ Stamatios Stamoulis*

**STAMOULIS & WEINBLATT LLC**   Stamatios Stamoulis #4606
         stamoulis@swdelaw.com
Richard C. Weinblatt #5080
         weinblatt@swdelaw.com
Two Fox Point Centre
6 Denny Road, Suite 307
Wilmington, DE 19809
Telephone: (302) 999-1540

**HENINGER GARRISON DAVIS, LLC**   Steven W. Ritcheson, *Pro Hac Vice Anticipated*
         swritcheson@hgdlawfirm.com
9800 D Topanga Canyon Boulevard, #347
Chatsworth, California 91311
Telephone: (818) 882-1030
Facsimile: (205) 326-3332

Maureen V. Abbey, *Pro Hac Vice Anticipated*
         maureen@hgdlawfirm.com
220 St. Paul Street
Westfield, New Jersey 07090
Telephone: (908) 379-8475
Facsimile: (205) 547-5500

NOTICE OF VOLUNTARY DISMISSAL

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on June 6, 2014, I electronically filed the above document(s) with the

Clerk of Court using CM/ECF which will send electronic notification of such filing(s) to all

registered counsel.


*/s/ Stamatios Stamoulis*
Stamatios Stamoulis #4606